■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HALL, Appellant.— In a *coram nobis* proceeding on the ground he had not been advised of his right to appeal from the two judgments in question, defendant appeals from an order of the Supreme Court, Kings County, dated May 19, 1970, which denied the application after a hearing. Order affirmed. Appellant has not effectively demonstrated that he had grounds for appeal (*People* v. *Lynn*, 28 N Y 2d 196, 203). Furthermore, the question of the denial of a right to a speedy trial was heretofore determined adversely to him on a prior *coram nobis* application. Munder, Acting P. J., Latham, Shapiro, Gulotta and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD JASPER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Suffolk County, entered January 8, 1971, which denied the application without a hearing. Order affirmed. We have considered the rebuttal affidavit submitted to the County Court and treated by said court as an application for reargument; and we are still of the same conclusion for affirmance. Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin, JJ., concur.